AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MIKEL WAYNE NUNNALLY<br><br>*Defendant(s)* | Case No.<br>6:20-mj-1873 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _December 30, 2018,_ in the county of _Orange_ in the _Middle_ District of _Florida_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Knowingly employed, used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct |

This criminal complaint is based on these facts:

Please see attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin Kaufman, Special Agent, FBI
*Printed name and title*

Sworn to before me over Zoom/video conference and signed by me pursuant to Fed.R.Crim P. 4.1 and 4(d).

Date: 12/08/2020

_____
Judge's signature

City and state:  Orlando, Florida

Embry J. Kidd, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                CASE NO. 6:20-mj- 1873

COUNTY OF ORANGE

## AFFIDAVIT

I, Kevin L. Kaufman, being duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) for the past 16 years. I am currently assigned to the Tampa Division, Orlando Resident Agency of the FBI. I have been investigating crimes against children since 2016.

2. I have received specialized training in the investigation of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/ enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. This affidavit is submitted in support of a criminal complaint against Mikel Wayne Nunnally for a violation of 18 U.S.C. § 2251(a). I believe there is probable cause that on or about December 30, 2018, Nunnally knowingly employed,

used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce, including by computer, and in and affecting interstate and foreign commerce.

4.   I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from other law enforcement officers, information from agency reports, and my review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5.   It is a violation of 18 U.S.C. § 2251(a) to employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction will be transmitted using a means and facility of interstate commerce and such visual depiction has actually been transported and transmitted

using any means and facility of interstate and foreign commerce, including by computer, and in and affecting interstate and foreign commerce.

## DEFINITIONS

6. The following definitions apply to this Affidavit:

   a. "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8), which defines child pornography as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. §§ 2252 and 2256(2).

   b. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

## DETAILS OF THE INVESTIGATION

7. On December 7, 2020, the FBI, Tampa Division, Orlando Resident Agency received a lead from the FBI Milwaukee Division. Currently, the FBI Milwaukee Division, in collaboration with the Winnebago County Sheriff's Office, is

3

investigating numerous groups of individuals engaged in the receipt, possession, distribution and possible production of child sexual abuse material through Operation Kick Boxer. To date, Operation Kick Boxer has identified more than 2,600 unique KIK profiles that are actively distributing child pornography, some of which belong to individuals committing hands-on sexual assaults of children. Many of these KIK profiles have been linked to identified individuals located both domestically and internationally.

8. A Task Force Officer with the Winnebago County Sheriff's Office, acting in an undercover capacity as an Online Covert Employee (the "OCE"), has joined multiple KIK groups dedicated to the trading of child pornography. On January 16, 2020, the OCE began a proactive undercover investigation utilizing KIK messenger. The OCE entered multiple public groups that appeared to be created for individuals interested in child sexual abuse material (CSAM). The OCE was originally added to one of these groups, and from that group, the OCE was added to multiple other private groups within KIK that had members openly engaging in the distribution of child sexual abuse material. One of these groups was named "Fam Fun – Deep Core."

9. While the OCE was in the group "Fam Fun – Deep Core", user midori77 was identified as a member of the group. Within this group, a user with the username midori77 sent multiple close up images of what appeared to be a 10 to 13-year old female's vagina being touched by an adult male's finger. From this group conversation, user midori77 private messaged the OCE beginning on

December 4, 2020, with a live picture of himself and stated he was 43 years old and was from Florida.

10. While chatting with the OCE in private messages using KIK messenger, midori77 told the OCE that the girl of whom he had shared images was 12 years old. User midori77 then sent the OCE a photo of a girl nude in a bathroom. As the conversation continued, midori77 sent additional images and a video. User midori77 stated that the video was of a minor he knew. User midori77 told the OCE that the minor "started sucking [his] cock when she was 1." User midori77 further stated that he puts pain pills mixed with sleeping pills into her food and then takes the photos and videos when the minor passes out. Additionally, midori77 stated that he filmed the minor in the bathroom on his tablet and that he sexually assaults the minor when he can.

11. During the interactions with the OCE, midori77 sent approximately 8 images/videos of CSAM. In particular, on December 4, 2020, at approximately 5:38 p.m., midori77 sent an image that depicted a nude pubescent female approximately 10 to 13 years old standing in what appears to be a bathroom. The child victim's vagina and breasts are exposed. The image appeared to be taken by a hidden camera. User midori77 stated that the image was of a minor who is 12 years old. The OCE responded, "mmmm". At approximately 5:59 p.m., midori77 sent three more images. The first image depicted a close-up photo of a child victim's vagina (approximately 10 to 13 years old). In the image, an adult's hand can be seen moving what appeared to be shorts and underwear to the side and exposing the child

5

victim's vagina. The next image midori77 sent was an image that depicted a close-up photo of a child victim's vagina with a male's hand spreading open the vagina. The third image sent by midori77 is similar to the first two images; however, in this image the adult male's finger appears to be digitally penetrating the child victim's vagina. The child victim in these three images appears to be the same child victim based upon clothing that is visible and the physical appearance of the child in the images.

12. On December 6, 2020, the conversation continued. During the conversation, midori77 sent two more images at approximately 12:32 p.m. The first image sent depicted a close-up image of a pubescent female's vagina. An adult male hand can be seen moving the child victim's underwear to expose her vagina. At approximately 12:34 p.m., midori77 sent a video which depicted an adult male's hand manipulating a pubescent female's vagina by lifting up what appeared to be blue, green and purple underwear. The individual filming the video zoomed in on the child victim's anus and vagina by separating the child victim's buttocks. User midori77 then commented, "This is when she was 10."

13. At approximately 1:57 p.m. on December 6, 2020, midori77 sent the OCE an image and a video via KIK messenger. The image sent depicted a child victim's breast being exposed by an adult male's hand. The video sent depicted a child victim wearing a pink and black leopard print shirt and blue shorts. As the video continued, an adult male with brown and grey facial hair is observed licking an exposed nipple of the child victim. Midori77 stated, "Cute little tits huh?"

6

14. On December 6, 2020, an emergency disclosure request was served to KIK for subscriber information associated with the username midori77. On December 7, 2020, KIK provided the following information:

> First Name: sweat:Mike
> Last Name: N
> Email: midori.dragon@yahoo.com (confirmed)
> Username: midori77
> Registration Timestamp: 4 September 2019 01:33 UTC
> Device: Samsung Galaxy S10+

15. The majority of connections to the KIK application occurred from IP address 97.102.3.47, which resolves to Charter Spectrum Communications ("Charter"). Additional connections occurred from Sprint and T-Mobile IP addresses.

16. On December 7, 2020, an emergency disclosure request was served to Charter for subscriber information associated with IP address 97.102.3.47 for November 28, 2020. On December 8, 2020, Charter provided the following information:

> Subscriber Name: [Female with initials D.N.]
> Service Address: xxx Tartan Street, Longwood, Florida 32750

17. An open source Accurint query for midori.dragon@yahoo.com, the confirmed email address for the KIK account belonging to user midori77, revealed that this email address is associated with "Mikel Nunnally," fully identified using Accurint date as follows:

> Name: Mikel Wayne Nunnally

7

> Date of Birth: XXX XX, 1977
> SSN: XXX-XX-9744
> Address: xxx Tartan Street, Longwood, Florida, 32750
> Possible Phones: XXX-XXX-8834
> Emails: Midori.dragon@yahoo.com,
> midori.dragon77@gmail.com

Notably, Mikel Nunnally is 43-years-old, the same age as user midori77 per midori77's above-referenced statement to the OCE. According to Accurint data, Mikel Nunnally is listed as the co-owner of xxx Tartan Street, Longwood, Florida, together with D.N.

18. A Facebook profile for D.N. was located by the FBI that featured a profile picture of herself and a man who appears visually similar to the male individual whose live image was sent by midori77 to the OCE on KIK Messenger on December 4, 2020.

19. On December 7, 2020, midori77 told the OCE that he was currently working in Tampa, Florida for the next three weeks. User midori77 sent the OCE an image of a power plant and indicated that he was near the airport in Tampa. The OCE conducted an open source check on power plants in the Tampa area and located one in St. Petersburg, Florida. The OCE continued to engage midori77, who then sent the OCE an image of a nearby restaurant. Open source queries the located the power plant, a restaurant, and a hotel in the same area in Clearwater, Florida.

20. The FBI contacted the front desk of the hotel and obtained a manifest containing the names of the registered guests at the hotel. A review of the manifest

8

showed that Mikel Nunnally had checked into the hotel on December 6, 2020, was scheduled to depart on December 13, 2020, and is staying in Room No. 244.

21. The KIK application is a phone-based application, and given Nunnally's communications with the OCE after he traveled to Clearwater and checked into the hotel, I believe based on my training and experience that Nunnally used his cellular telephone to continue to communicate with the OCE using the KIK application. Additionally, Nunnally communicated with the OCE as recently as December 7, 2020, utilizing a cellular telephone believed to contain child sexual abuse material (CSAM).

**Interview of Defendant**

22. On December 7, 2020, the FBI obtained a warrant to search Nunnally's hotel room. On December 8, 2020 at approximately 6:00 a.m., Special Agent (SA) Rodney Hyre, SA Michelle Langer, Pinellas Park Police Officer Fox, and I knocked on the door of the hotel room, and Mikel Nunnally answered the door. SA Kaufman asked Nunnally if investigators could speak to him. Prior to speaking with Nunnally, Nunnally was advised he was not under arrest, he was free to leave, and that he did not have to answer any questions. Nunnally agreed to speak with the interviewing agents, and a recorded interview occurred.

23. During the interview, Nunnally admitted that he utilized KiK on his mobile device, which Nunnally identified as a Samsung Galaxy 10, which he had with him. Nunnally confirmed his KiK username was midori77. Nunnally admitted

to producing CSAM of a minor using an "old" cellular telephone and tablet. Nunnally identified the devices used to produce CSAM as a Samsung Note 10 Plus and a Samsung Tablet 10, both of which he had with him. Nunnally transferred the CSAM videos and images he took on the Samsung Note 10 Plus and Samsung Tablet 10 to his current mobile device using an application called smart switch. Nunnally used his Samsung Galaxy 10 to distribute CSAM and to communicate on KiK. Nunnally was shown multiple images and videos of CSAM he produced with the minor. Nunnally admitted to producing the images at his residence in Longwood, Florida. Nunnally was shown a video of screen shots of the conversation Nunnally had with the OCE. The video shown to Nunnally contained 3 images of CSAM that Nunnally distributed to the KiK group Fam Fun – Deep Core. Nunnally confirmed he produced the CSAM of the minor and later distributed the images to the KiK group.

24.　Nunnally was shown several images and videos of CSAM Nunnally had sent to the OCE. Many of these images and videos were also located on the Samsung Galaxy 10 and the Samsung Note 10 Plus that Nunnally had with him in the hotel room. For example, one of the videos sent to the OCE was also located on Nunnally's Samsung Note 10 Plus during a forensic preview. The video located was produced by Nunnally on December 30, 2018 and was titled 20181230_021549.mp4. The video was approximately 42 seconds in length. The video was of the minor, who was then ten years old, sleeping naked on a bed in her bedroom. Nunnally video taped the minor sleeping and lifted the blanket off the minor exposing her

10

vagina and anus. Nunnally admitted he produced the video at his residence in Longwood, Florida.

25. Nunnally was again told he was not under arrest, but based on the incriminating statements Nunnally made, Nunnally was advised of his *Miranda* Rights by SA Hyre. Nunnally understood his *Miranda* Rights and agreed to continue speaking with SA Hyre and me. Nunnally re-confirmed the statements he had made to SA Hyre and me prior to being provided his *Miranda* Rights. Nunnally estimated that he had been taking inappropriate videos of the minor dating back approximately four or five years and described himself as "sexually curious" during that time. According to Nunnally, he last took a naked picture of the minor one to two months ago. This picture was surreptitiously taken by Nunnally and shows the minor's vagina as well as breast. Nunnally was shown this picture and confirmed he had produced it.

## CONCLUSION

26. Based on the above, there is probable cause that on or about December 30, 2018, in the Middle District of Florida, Mikel Wayne Nunnally knowingly employed, used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign

commerce and in and affecting interstate and foreign commerce, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce, including by computer, and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

_____
Kevin Kaufman
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by Zoom/video conference consistent with Fed.R.Crim. P. 4.1 and 4(d) this __8__ day of December, 2020.

_____
EMBRY J. KIDD
United States Magistrate Judge